**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAMMED AFZAL CHAUDHRY<br><br>d/b/a URBANMENSCLOTHING d/b/a ALM INTERNATIONAL and DOES 1-10,<br><br>    Defendants. | Civil Action No. 06-5580(SDW)<br><br><br><br><br>**ORDER OF FINAL<br>DEFAULT JUDGMENT**<br><br><br>September 12, 2007 |

**WIGENTON,** District Judge.

This matter having come before the Court by way of Plaintiff Lifted Research Group Inc.'s Motion for Default Judgment, and it appearing:

1. Plaintiff's Complaint was filed with the Court on November 21, 2006;

2. Defendant was lawfully served with Plaintiff's Complaint on November 28, 2006;

3. Defendant has failed to appear or otherwise plead in this matter;

4. Plaintiff requested entry of Default on February 9, 2007 and the Court granted same on February 15, 2007;

5. Plaintiff filed its Motion for Default Judgment on August 15, 2007 and has plead facially cognizable claims; and

6. Defendant has failed to oppose or otherwise respond to Plaintiff's Motion for

Default Judgment.

**IT IS THEREFORE**, on this 12th day of September 2007, upon consideration of Plaintiff's unopposed motion,

**ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that pursuant to 15 U.S.C. § 1117(c) Plaintiff is awarded statutory damages against Defendant in the amount of Six Hundred Thousand Dollars and Zero Cents ($600,000), for which let execution issue; and it is further

**ORDERED** that pursuant to 17 U.S.C. § 504(c) Plaintiff is awarded statutory damages against Defendant in the amount of Thirty Thousand Dollars and Zero Cents ($30,00.00), for which let execution issue; and it is further

**ORDERED** that pursuant to 15 U.S.C. § 1117(b) Plaintiff is awarded attorneys' fees against Defendant in the amount of Ten Thousand Two Hundred Fifty-Five Dollars and Zero Cents ($10,255.00), for which let execution issue; and it is further

**ORDERED** that pursuant to 15 U.S.C. § 1117(b) Plaintiff is awarded investigative fees against Defendant in the amount of Seven Hundred Seventy-Five Dollars and Zero Cents ($775.00), for which let execution issue; and it is further

**ORDERED** that pursuant to 15 U.S.C. § 1117(b) Plaintiff is awarded costs against Defendant in the amount of Three Hundred Fifty Dollars and Zero Cents ($350.00), for which let execution issue; and it is further

**ORDERED** that interest from the date this action was filed shall accrue at the legal rate; and it is further

**ORDERED** that Plaintiff will serve this Order on Defendant within 7 days of the date of

this Order and file proof of service with this Court; and it is further

      **ORDERED** that the Clerk of the Court shall remove this case from the Court's active docket upon Plaintiff's filing of the aforementioned proof of service with the Court.

                                                  s/Susan D. Wigenton, U.S.D.J.